UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Shannon L. McLamb et al,<br><br>Defendants. | Civil Action No. 2:26–cv–372 |

**ORDER**

On or before November 13, 2026, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 6th day of November 2026.

/s/ Kevin J. Doyle
Kevin J. Doyle
United States Magistrate Judge